**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-2344

ANTHONY LAMAR FISHBURNE,

             Plaintiff - Appellant,

       v.

SARAH L. HAMILTON, SC DSS Child Support Specialist,

             Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Timothy M. Cain, District Judge. (6:14-cv-03572-TMC)

Submitted:  February 12, 2015      Decided:  February 18, 2015

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Anthony Lamar Fishburne, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Lamar Fishburne seeks to appeal the district court's order adopting the recommendation of the magistrate judge and dismissing his civil complaint against a caseworker at the South Carolina Department of Social Services. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on November 6, 2014, and the appeal period expired on December 8, 2014. The notice of appeal was filed on December 9, 2014, one day late. Because Fishburne failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>DISMISSED</u>

2